## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| Amanda Mooneyhan | : | Case No. |
| Plaintiff, | : | Judge |
| vs. | : | Magistrate |
| | : | |
| Darke County Board of Elections | | |
| AND | | |
| Secretary of State Jon Husted | : | |
| Defendants. | : | |

### DECLARATION OF AMANDA MOONEYHAN

1.    My name is Amanda Mooneyhan and I have personal knowledge of the facts herein.

2.    I have a disability and am currently hospitalized in Northwest Ohio Psychiatric Hospital in Toledo, Ohio.

3.    On October 31, 2012, I sent an application for an absentee ballot to the Darke County Board of Elections which is my county of residence.

4.    On November 5, 2012, Cynthia Hitt, the clients rights advocate, and I called the Darke County Board of Elections to ask about my ballot. We were told that my application was received and that my ballot had been mailed on November 2, 2012.

5.    I have not received my absentee ballot. Staff at the hospital have checked daily and it has not arrived.

6.    I am a registered voter and wish to vote in this election.

7.    I declare under penalty of perjury that the foregoing is accurate.

Executed on this 6th day of November, 2012.

Amanda Mooneyhan