IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

AMANDA MONNEYHAN, :
      Plaintiff, :
                                  :
    vs.                               Case No. 3:12cv379
                                  :
JON HUSTED, in his official capacity as
the Ohio Secretary of State, :

and                                  :    JUDGE WALTER H. RICE

BECKY J.A. MARTIN, in her official capacity :
as Director of the Darke County Board
of Elections, :

      Defendants.

---

ENTRY JOURNALIZING RESULTS OF TELEPHONE CONFERENCE CALL
OF NOVEMBER 7, 2012; FURTHER PROCEDURES ORDERED OF
COUNSEL; DIRECTIVE TO DIRECTOR OF THE DARKE COUNTY, OHIO,
BOARD OF ELECTIONS

---

      The captioned cause came on to be heard upon a scheduling conference on Wednesday, November 7, 2012.

      As a pragmatic way of proceeding on the above-captioned, this Court ordered counsel for the Ohio Secretary of State to direct the Director of the Darke County, Ohio, Board of Elections to receive an absentee ballot from the Plaintiff, a ballot that arrived at her place of hospitalization on Wednesday, November 7th, and to segregate said ballot, where it will not be intermingled with other absentee/provisional ballots and can easily be accessed, pending a further ruling of this Court. This Court will order the Director of the Darke County, Ohio, Board of Elections to accept said ballot as provisional only. The Court will receive a memorandum in support of Plaintiff's position not later than noon on Tuesday, November 13, 2012, and will file a written

decision not later than the close of business on Friday, November 16, 2012. In that fashion, depending on how the Court rules on the merits of Plaintiff's request for injunctive relief, said ballot of the Plaintiff, deemed provisional, will either be counted or not by the Darke County Board of Elections.

November 9, 2012

                        WALTER H. RICE
                UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record
Becky Martin, 300 Garst Avenue, Greenville, OH 45331

2