IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

AMANDA MOONEYHAN, :
    Plaintiff,
                                        Case No. 3:12-cv-379
v.                               :   JUDGE WALTER H. RICE
JON HUSTED, *et al.*,
    Defendants. :

---

DECISION AND ENTRY SUSTAINING PLAINTIFF'S SUPPLEMENTAL
FEE REQUEST (DOC. #23); AWARDING $6,673.00 IN ADDITIONAL
ATTORNEYS' FEES; JUDGMENT TO ENTER IN FAVOR OF PLAINTIFF
AND AGAINST DEFENDANTS; TERMINATION ENTRY

---

On March 29, 2013, the Court issued a Decision and Entry Sustaining Plaintiff's Motion for Attorneys' Fees and Costs, and awarded Plaintiff $23,237.50. The Court also gave Plaintiff ten days to file a supplemental request for attorneys' fees incurred in drafting her reply brief. Doc. #22. On April 8, 2013, Plaintiff submitted a Supplemental Fee Request in the amount of $6,673.00, along with billing records and a declaration of Kevin J. Truitt, Esq. This filing is unopposed.

The Court finds that the supplemental request is reasonable, both in terms of the hourly rates charged and the number of hours expended. The Court therefore SUSTAINS Plaintiff's Supplemental Fee Request. Doc. #23. Defendant is ORDERED to pay attorneys' fees in the amount of $6,673.00. This is in addition to the previous award of $23,237.50.

The Clerk of Court is directed to enter judgment in favor of Plaintiff and against Defendants.

The above-captioned case is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division at Dayton.

Date: June 11, 2013

WALTER H. RICE
UNITED STATES DISTRICT JUDGE